**Exhibit A to the Complaint**

**Location:** Valley Stream, NY  
**Total Works Infringed:** 26

**IP Address:** 68.129.72.119  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E416D9520585E6B0BC278C9AA5E8CC4C5BC1505B<br>File Hash: 4AE5DEADB2647B62761F17ED0110F5F58F6511D2376EF301605542B472CD4F09 | 03-27-2022 04:52:40 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 2 | Info Hash: 712BE5F01D556363B9235A3BD9BF6C1A83F5D34B<br>File Hash: 4C3BF1B38C5C15EC5583EE9DE43545406BF8694C3C502A967D36AB1946808D8C | 03-27-2022 04:11:20 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 3 | Info Hash: B7F474A5BDDCF21BF33956707025DCC09BB974A2<br>File Hash: 97596848025554FA4317B070D895BDC1E5AD422E371D3F79AB3AEE83367C69AE | 03-27-2022 04:02:06 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 4 | Info Hash: 0FDF17AE4EDAE06075B0B39FE64D059C1B2FF60B<br>File Hash: 2D4A41D35CE64DF94AA7B628D7565FE9984888920006F09220409A0BB7BE9FD4 | 03-26-2022 19:16:24 | Tushy | 03-06-2022 | 03-29-2022 | PA0002342854 |
| 5 | Info Hash: 7325212FAFE121F695B19CEE2F80B27BCA7542A2<br>File Hash: C6928C2D06B041AE0F29EEF448512047A372AE3444CD43E3F168BFF42B64C2FA | 03-26-2022 19:09:01 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 6 | Info Hash: E08A579A5855F203398159A7199B1A6F93116469<br>File Hash: C02B4B379D2CAE4026C910DC17F50ACE7E7ECCCB351CB584B7BE95392AEF4D6F | 03-26-2022 19:05:56 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 7 | Info Hash: F12218F15BD6E15F25201063B5C0CC7CA511D9D9<br>File Hash: D807420221C4DDA8530E29B4C6377235CDD420159255178DBB019772ADCC4BD8 | 03-26-2022 19:04:30 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 8 | Info Hash: 18B6BE4D5F00F39AB9AFD60D8E112F9F50FBC5A0<br>File Hash: D63712C91254BDE96C268F62C19B92218096E97956C94CB702025B8A36B03C2F | 03-26-2022 19:04:29 | Tushy | 03-13-2022 | 03-29-2022 | PA0002342866 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 5F9292F450258B22E1D37E467175EBEF6EBBE75A<br>File Hash: F72C20EB84C276D0473C9476234AB22666C2809E1FABA696349B5AE995F82874 | 03-07-2022 00:16:05 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 10 | Info Hash: B1EA69BCE403AAAB24EED398ABB9B408866B862C<br>File Hash: 18F4BF189E4F00DCEFFF24FF28C9C357C4CE1B5D4F8093BCF9A7ACB5741078E3 | 03-07-2022 00:14:59 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 11 | Info Hash: AA1F7E962D9DD15FEB6569CD0513335E58903D46<br>File Hash: F0B12A76EBF4FC49528764BFC5E8D9041F5009ABA1804D1EA658EEC69ACC0DE9 | 03-07-2022 00:12:10 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 12 | Info Hash: 86B2A993F96CC9F473E867DB4A1BA57C778AF815<br>File Hash: F2BD552DD6887C5000B9112D1AD26059AF0E1334F97BA67D2E9D2C2454BDA777 | 02-18-2022 23:32:27 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 13 | Info Hash: 0A7983849F2681A6ADE9FE0141458570487CC5B3<br>File Hash: 2591EB40C8896921038F79AEB71E6522D558FE7807BE93D80075A4CA283D3929 | 02-18-2022 13:12:28 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 14 | Info Hash: 1860E94355798539D12DEC1F2C4F7D383B18E876<br>File Hash: 2B7EFDEFDC1D1AB5BD7F990AEEAE74A2C2E5E59310D7B45FC70293483B13B29D | 02-18-2022 13:12:18 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 15 | Info Hash: ECF44D7A564CCA8ACAA69424C62ABFA9F9551D78<br>File Hash: 56A1D36C956F20188364ECBF62883AFA7E7BC809323AA575F9D02D3BB6973246 | 02-18-2022 13:12:08 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 16 | Info Hash: 974D0113FD1D2B1243EDBCDA08DD233C7669BA42<br>File Hash: A0908DC1D0C3E3B7CCAD6C1E4B6FE95125D4792ADC7312176282785D265C9849 | 02-18-2022 13:04:10 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 17 | Info Hash: 18399DE77F94F1F9EDD60D260941F306B498FA65<br>File Hash: 0056CD893E1F2C6DB0131DB952CF57404AB721C0C7709F28C48FCE7B55179A29 | 02-18-2022 13:03:34 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: A9D6E358100DA03FA0711E950D196E8F972B0972<br>File Hash: E1A3ED509005ABAFB4CB6262E6EB35A946E1422A461D54CEA712B67B94F84943 | 02-18-2022 13:03:03 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 19 | Info Hash: 60FBFBA10E27BBF6F084E7F04AEA5D1A20082FA3<br>File Hash: BB8E35BA60A262D1C0F83DABD313879D1CB8E26680AA3AEE8E5B9659F0EC42FD | 02-18-2022 13:03:03 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 20 | Info Hash: 3BF8426F875DECFA85506D36A574F80B2A19F08B<br>File Hash: FB143D4830531FA2EB332A2331C575F176F0BDECAA39B9C3AA9588E8BF72EABA | 02-18-2022 01:16:14 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 21 | Info Hash: 0307D13FC77D6D5914D5A546135AEE30E92150D2<br>File Hash: 276743D19BFF37A831A9B25391F28F9CA576103697F1C9AC13A3A9B8685F4790 | 02-18-2022 01:15:23 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 22 | Info Hash: 922634E7CFB428C3A8228E645582A62731EC0260<br>File Hash: CE522B18B342B88BE7BD722D82CE0FE16AD188FBEE4A22D8770976E5572527BE | 02-18-2022 01:13:20 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 23 | Info Hash: F4E88DD4D5E68CA69DE9386D432907B68F0921C3<br>File Hash: 350BF3F6FB1A8CC74C1E18A622DA7F117C0DB94CD9293EE1C20CBB29FF7E50C6 | 02-18-2022 00:43:32 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 24 | Info Hash: 205E43413F859F0F8C386DEB054255DD72D3C4B0<br>File Hash: A6380769E78A19984F60A7917455FAD8C3CA8BEF60FBA1CC8D37C5A329D3CFDF | 02-18-2022 00:42:12 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 25 | Info Hash: 136FA3183285251BC43A2098FABFB51A9938461A<br>File Hash: A0015BFEF43C7B8DE83CED9F631781A7446B813F5BF0FB32323FADC3AB61D106 | 09-21-2021 22:29:42 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 26 | Info Hash: 3491D32931B613B4647FA8853162204243F7FD0E<br>File Hash: 258695509677F59C2679866BDE3C1A67B94ED31D0F2B02E12FEE9846DF043F78 | 07-25-2021 00:23:03 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |