CLOSED,ACO,COPYRIGHT

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:22-cv-01904-AMD-SIL

| | |
|---|---|
| Strike 3 Holdings, LLC v. Doe | Date Filed: 04/04/2022 |
| Assigned to: Judge Ann M Donnelly | Date Terminated: 06/03/2022 |
| Referred to: Magistrate Judge Steven I. Locke | Jury Demand: Plaintiff |
| Demand: $150,000 | Nature of Suit: 820 Copyright |
| Cause: 17:101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Strike 3 Holdings, LLC**　　　represented by　**Jacqueline M. James**
The James Law Firm
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
914-358-6423
Fax: 914-358-6424
Email:
jameslawcourtfilingsandnotices@jacquelinejameslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**
*subscriber assigned IP address*
*68.129.72.119*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2022 | 1 | COMPLAINT against John Doe filing fee $ 402, receipt number ANYEDC-15439921 Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Strike 3 Holdings, LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet) (James, Jacqueline) (Entered: 04/04/2022) |
| 04/04/2022 | 2 | Corporate Disclosure Statement by Strike 3 Holdings, LLC identifying Corporate Parent General Media Systems, LLC for Strike 3 Holdings, LLC. (James, Jacqueline) (Entered: 04/04/2022) |
| 04/05/2022 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Jakubowski, Laura) (Entered: 04/05/2022) |
| 04/05/2022 | | Case Assigned to Judge Ann M Donnelly and Magistrate Judge Steven I. Locke. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Jakubowski, Laura) (Entered: 04/05/2022) |

| 04/05/2022 | 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Jakubowski, Laura) (Entered: 04/05/2022) |
| 04/05/2022 | 5 | Notice of Report on the Filing of an Action Regarding a Copyright. C/M to Register of Copyrights. (Attachments: # 1 Complaint, # 2 Exhibit A) (Jakubowski, Laura) (Entered: 04/05/2022) |
| 04/22/2022 | 6 | MOTION for Discovery *for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference* by Strike 3 Holdings, LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order) (James, Jacqueline) (Entered: 04/22/2022) |
| 04/23/2022 | 7 | ORDER granting DE 6 Motion for Discovery. Plaintiff's motion for expedited discovery under Fed. R. Civ. P. 26(d)(1) is granted, subject to the specific limitations and instructions set forth in the attached written Order. Ordered by Magistrate Judge Steven I. Locke on 4/23/2022. (Bartell, Max) (Entered: 04/23/2022) |
| 06/03/2022 | 8 | NOTICE of Voluntary Dismissal by Strike 3 Holdings, LLC *with Prejudice* (James, Jacqueline) (Entered: 06/03/2022) |
| 06/03/2022 | | Civil Case Terminated. (Greene, Donna) (Entered: 06/03/2022) |